Benjamin Muhammad JONES
Plaintiff-Appellant

v.

Kendrick NELSON, et al.
Defendants-Appellees

No. 16-3150

United States Court of Appeals, Eighth Circuit.

Submitted: May 30, 2017

Filed: June 8, 2017

Benjamin Muhammad Jones, Pro Se

Ka Tina R. Hodge, Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Defendant-Appellee Kendrick Nelson

Ka Tina R. Hodge, Renae Ford Hudson, Assistant Attorney Generals, Attorney General's Office, Little Rock, AR, for Defendants-Appellees Ray Hobbs, Andrew Ruh, James Shipman, Steven Outlaw,

---

1. Jefferson B. Sessions, III has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Keith Taylor, Keith Crockett, William F. Straughn, Connie Jenkins, Anthony Jackson, Maurice E. Williams, Linda D. Erwing, Gregory Socia, Willie Bankston

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas inmate Benjamin Muhammad Jones commenced this 42 U.S.C. § 1983 action, alleging that five correctional officers used excessive force and failed to protect Jones after relocating him when he intentionally flooded his cell. After lengthy pretrial proceedings, Jones's claims were tried to a jury, which returned a verdict in favor of the defendants. Jones appeals, arguing the district court[1] abused its discretion in denying his motion for appointment of trial counsel and in its evidentiary rulings at trial. On appeal, Jones filed a motion for preparation of a trial transcript at government expense, which we denied, a motion for appointment of appellate counsel, a principal brief, and a reply brief.

After careful review of the record, we conclude that the district court did not abuse its discretion in denying appointment of counsel and in its evidentiary rulings at trial. We deny Jones's motion for appointment of appellate counsel, as the appeal does not raise complicated legal or factual issues, see Ward v. Smith, 721 F.3d 940, 942 (8th Cir. 2013) (standard of review); and we deny his motion to reconsider the denial of a trial transcript at government expense because the appeal is frivolous, see 28 U.S.C. § 753(f); Thompson v. Housewright, 741 F.2d 213, 216 (8th

Cir. 1984). Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable Brian S. Miller, Chief Judge of the United States District Court for the Eastern District of Arkansas.